**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **INFERNAL TECHNOLOGY, LLC, and TERMINAL REALITY, INC.,** | § § § | |
| *Plaintiffs,* | § § | |
| **v.** | § § | **Civil Action No. 2:19-cv-248** |
| **SONY INTERACTIVE ENTERTAINMENT AMERICA, LLC** | § § § § | **Jury Trial Demanded** |
| *Defendant.* | § § | |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc. hereby submit their corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.  Infernal Technology, LLC is a Texas Limited Liability Company and Terminal Reality, Inc. is a Texas corporation, and they do not have a parent corporation or any publicly held corporation which owns 10% or more of their stock.

Dated:  July 11, 2019

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Eric W. Buether*

Eric W. Buether (Lead Counsel)
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
Niky R. Bagley
State Bar No. 24078287
Niky.Bagley@BJCIPLaw.com
Kenneth P. Kula
State Bar No. 24004749
Ken.Kula@BJCIPLaw.com
Michael D. Ricketts
State Bar No. 24079208
Mickey.Ricketts@BJCIPLaw.com
Blake W. Buether
State Bar No. 24096765
Blake.Buether@BJCIPLaw.com
Michael C. Pomeroy
State Bar No. 24098952
Michael.Pomeroy@BJCIPLaw.com

1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone:      (214) 466-1271
Facsimile:      (214) 635-1827

**ATTORNEYS FOR PLAINTIFFS
INFERNAL TECHNOLOGY, LLC AND
TERMINAL REALITY, INC.**