IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC, and TERMINAL REALITY, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT AMERICA, LLC and SONY INTERACTIVE ENTERTAINMENT, LLC <br><br> *Defendants.* | Civil Action No. 2:19-cv-248-JRG <br><br> Jury Trial Demanded |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc. and Defendants Sony Interactive Entertainment America, LLC and Sony Interactive Entertainment, LLC ("collectively, the "Parties") hereby move for the Court to extend the time as to the following entries per Order dated August 20, 2019, Dkt. 18:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Comply with P.R. 3-1 and 3-2 (Infringement Contentions) | September 6, 2019 | September 20, 2019 |
| Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) | November 1, 2019 | November 15, 2019 |

This extension is requested due to a family emergency by Plaintiffs' Counsel. These extensions will not impact any other deadlines.

A proposed order setting forth the request is attached.

Dated:  September 11, 2019					Respectfully submitted,

| **BUETHER JOE & CARPENTER, LLC** | **GILLAM & SMITH, LLP** |
|---|---|

By: */s Michael C. Pomeroy*  
    Christopher M. Joe  
    State Bar No. 00787770  
    Chris.Joe@BJCIPLaw.com  
    Eric W. Buether  
    State Bar No. 03316880  
    Eric.Buether@BJCIPLaw.com  
    Brian A. Carpenter  
    State Bar No. 03840600  
    Brian.Carpenter@BJCIPLaw.com  
    Niky R. Bagley  
    State Bar No. 24078287  
    Niky.Bagley@BJCIPLaw.com  
    Kenneth P. Kula  
    State Bar No. 24004749  
    Ken.Kula@BJCIPLaw.com  
    Michael D. Ricketts  
    State Bar No. 24079208  
    Mickey.Ricketts@BJCIPLaw.com  
    Michael C. Pomeroy  
    State Bar No. 24098952  
    Michael.Pomeroy@BJCIPLaw.com  

    1700 Pacific Avenue  
    Suite 4750  
    Dallas, Texas 75201  
    Telephone:	(214) 466-1279  
    Facsimile:	(214) 635-1830  

    **ATTORNEYS FOR PLAINTIFFS**  
    **INFERNAL TECHNOLOGY, LLC AND**  
    **TERMINAL REALITY, INC.**

By: */s/ Melissa R. Smith*  
    Melissa Richards Smith  
    Melissa@gillamsmithlaw.com  
    303 South Washington Avenue  
    Marshall, TX  75670  
    Telephone:	(903) 934-8450  
    Facsimile:	(903) 934-9257  

    **ATTORNEYS FOR DEFENDANTS**  
    **SONY INTERACTIVE ENTERTAINMENT**  
    **AMERICA, LLC AND**  
    **SONY INTERACTIVE ENTERTAINMENT, LLC**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 11th day of September, 2019.  Any other counsel of record will be served by facsimile transmission and first class mail.

                                                */s/ Michael C. Pomeroy*
                                                Michael C. Pomeroy