IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC, and TERMINAL REALITY, INC., <br><br>*Plaintiffs,*<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT AMERICA, LLC and SONY INTERACTIVE ENTERTAINMENT, LLC<br><br>*Defendants.* | § § § § § § § § § § § § § § |   Civil Action No. 2:19-cv-248-JRG <br><br> Jury Trial Demanded |

## ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME

Before the Court is the parties' Joint Motion to Extend Deadlines. Having considered the motion, the Court is of the opinion that it should be GRANTED. Accordingly, the Court extends the timed as set forth in the table below:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Comply with P.R. 3-1 and 3-2 (Infringement Contentions) | September 6, 2019 | September 20, 2019 |
| Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) | November 1, 2019 | November 15, 2019 |

It is ORDERED.