**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC, and TERMINAL REALITY, INC., | § § § | |
| *Plaintiffs,* | § § | Civil Action No. 2:19-cv-248-JRG |
| v. | § § | Jury Trial Demanded |
| SONY INTERACTIVE ENTERTAINMENT LLC, | § § § | |
| *Defendant.* | § | |

**THIRD JOINT MOTION FOR EXTENSION OF TIME TO FILE**
**DISCOVERY ORDER**

Pursuant to the Court's Scheduling Order of August 20, 2019 [Dkt. 18], the Scheduling Conference held on October 16, 2019, the Joint Motion for Extension of Time to File Docket Control Order and Discovery Order filed October 30, 2019 [Dkt. 35], and the Second Joint Motion for Extension of Time to File Docket Control Order and Discovery Order filed October 31, 2019 [Dkt. 36] and the associated Order granting the Second Joint Motion [Dkt. 37], the requested current deadline for Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc. ("Plaintiffs") and Defendant Sony Interactive Entertainment LLC ("Defendant") to file their proposed Docket Control Order and proposed Discovery Order is November 5, 2019.  The Parties require additional time to confer regarding certain provisions in the Proposed Discovery Order and respectfully request an additional extension to November 7, 2019.

A proposed order setting forth the requested extension is attached.

Dated:  November 5, 2019

**BUETHER JOE & CARPENTER, LLC**

By: */s/ Michael C. Pomeroy*
    Christopher M. Joe
    State Bar No. 00787770
    Chris.Joe@BJCIPLaw.com
    Eric W. Buether
    State Bar No. 03316880
    Eric.Buether@BJCIPLaw.com
    Brian A. Carpenter
    State Bar No. 03840600
    Brian.Carpenter@BJCIPLaw.com
    Niky R. Bagley
    State Bar No. 24078287
    Niky.Bagley@BJCIPLaw.com
    Kenneth P. Kula
    State Bar No. 24004749
    Ken.Kula@BJCIPLaw.com
    Michael D. Ricketts
    State Bar No. 24079208
    Mickey.Ricketts@BJCIPLaw.com
    Michael C. Pomeroy
    State Bar No. 24098952
    Michael.Pomeroy@BJCIPLaw.com

    1700 Pacific Avenue
    Suite 4750
    Dallas, Texas 75201
    Telephone:    (214) 466-1279
    Facsimile:    (214) 635-1830

    **ATTORNEYS FOR PLAINTIFFS**
    **INFERNAL TECHNOLOGY, LLC AND**
    **TERMINAL REALITY, INC.**

Respectfully submitted,

**ERISE IP, P.A.**

By: */s/ Karyn Kesselring*
    Abran J. Kean
    CO State Bar No. 44660
    Email:  abran.kean@eriseip.com
    Kelly Hughes
    CO Bar No. 51177
    Email:  Kelly.hughes@eriseip.com
    Karyn Kesselring
    CO Bar No. 52476
    Email:  karyn.kesselring@eriseip.com
    **ERISE IP, P.A.**
    5600 Greenwood Plaza Blvd. Suite 200
    Greenwood Village, CO  80111
    Telephone:    (913) 777-5600
    Facsimile:    (913) 777-5601

    Eric A. Buresh
    KS Bar No. 19895
    Email:  eric.buresh@eriseip.com
    **ERISE IP, P.A.**
    7015 College Blvd., Suite 700
    Overland Park, KS  66211
    Telephone:    (913) 777-5600
    Facsimile:    (913) 777-5601

    Melissa Richards Smith
    Texas State Bar No. 24001351
    Email:  melissa@gillamsmithlaw.com
    **GILLAM & SMITH, LLP**
    303 South Washington Avenue
    Marshall, TX  75670
    Telephone:    (903) 934-8450
    Facsimile:    (903) 934-9257

    **ATTORNEYS FOR DEFENDANT**
    **SONY INTERACTIVE ENTERTAINMENT**
    **LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 5th day of November, 2019.  Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Michael C. Pomeroy*
Michael C. Pomeroy