# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC, and TERMINAL REALITY, INC., | § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 2:19-cv-248-JRG |
| v. | § § | Jury Trial Demanded |
| SONY INTERACTIVE ENTERTAINMENT LLC, | § § § § | |
| *Defendant.* | § | |

## ORDER GRANTING THIRD JOINT MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY ORDER

Before the Court is Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc. and Defendant Sony Interactive Entertainment LLC's Third Joint Motion for Extension of Time to file their proposed Discovery Order. Having considered the same, the motion is GRANTED.

Accordingly, it is hereby ORDERED that the Parties' deadline to file their Proposed Discovery Order is extended to November 7, 2019.

**SO ORDERED.**