# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC and TERMINAL REALITY, INC., | § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 2:19-cv-0248-JRG-RSP |
| v. | § § | |
| SONY INTERACTIVE ENTERTAINMENT LLC, | § § § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § | |

## JOINT NOTICE REGARDING MEDIATION

Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc. (collectively "Infernal") and Defendant Sony Interactive Entertainment LLC., ("SIE") (Infernal and SIE are collectively referred to as the Parties) file this Joint Notice Regarding Mediation pursuant to the Docket Control Order in this case. The parties mutually agree to participate in a mediation in this case via videoconferencing, and the parties have agreed to use Bill Cornelius as mediator, whom the parties have already engaged to assist in informal settlement discussions that have occurred to date. The parties are currently discussing an appropriate timing for formal mediation.

| | |
|---|---|
| Dated:  June 22, 2020 | Respectfully submitted, |

| | |
|---|---|
| */s/ Michael C. Pomeroy* | */s/ Jason R. Mudd* |
| Eric W. Buether | Melissa Richards Smith |
| State Bar No. 03316880 | Texas State Bar No. 24001351 |
| Eric.Buether@BJCIPLaw.com | Email: melissa@gillamsmithlaw.com |
| Christopher M. Joe | Andrew T. Gorham |
| State Bar No. 00787770 | Texas State Bar No. 24012715 |
| Chris.Joe@BJCIPLaw.com | Email:  tom@gillamsmithlaw.com |
| Kenneth P. Kula | **GILLAM & SMITH, LLP** |
| State Bar No. 24004749 | 303 South Washington Avenue |
| Ken.Kula@BJCIPLaw.com | Marshall, Texas 75670 |
| Michael C. Pomeroy | Telephone: (903) 934-8450 |
| State Bar No. 24098952 | Facsimile: (903) 934-9257 |
| Michael.Pomeroy@BJCIPLaw.com | |
| Thomas J. Gohn | Jason R. Mudd |
| State Bar No. 24097742 | KS Bar No. 25749 |
| TJ.Gohn@BJCIPLaw.com | Email: jason.mudd@eriseip.com |
| **BUETHER JOE & CARPENTER, LLC** | Eric A. Buresh |
| 1700 Pacific Avenue | KS Bar No. 19895 |
| Suite 4750 | Email: eric.buresh@eriseip.com |
| Dallas, Texas 75201 | Mark C. Lang |
| Telephone: (214)466-1279 | KS Bar No. 26185 |
| Facsimile: (214) 635-1830 | Email: mark.lang@eriseip.com |
| | **ERISE IP, P.A.** |
| **ATTORNEYS FOR PLAINTIFFS** | 7015 College Blvd., Suite 700 |
| **INFERNAL TECHNOLOGY, LLC AND** | Overland Park, Kansas 66211 |
| **TERMINAL REALITY, INC.** | Telephone: (913) 777-5600 |
| | Facsimile: (913) 777-5601 |
| | |
| | Kelly Hughes |
| | CO Bar No. 51177 |
| | Email: kelly.hughes@eriseip.com |
| | Karyn Kesselring |
| | CO Bar No. 52476 |
| | Email: karyn.kesselring@eriseip.com |
| | **ERISE IP, P.A.** |
| | 5299 DTC Blvd., Suite 1340 |
| | Greenwood Village, Colorado 80111 |
| | Telephone: (913) 777-5600 |
| | Facsimile: (913) 777-5601 |
| | |
| | **COUNSEL FOR DEFENDANT** |
| | **SONY INTERACTIVE ENTERTAINMENT LLC** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 22, 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Michael C. Pomeroy*
Michael C. Pomeroy