**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC and TERMINAL REALITY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:19-cv-248-JRG-RSP |

**JOINT REPRESENTATIVE PRODUCT STIPULATION OF THE PARTIES**

Plaintiffs Infernal Technology, LLC ("Infernal") and Terminal Reality, Inc. ("Terminal Reality") (Infernal and Terminal Reality are collectively referred to as the "Plaintiffs") and Defendant Sony Interactive Entertainment LLC ("Defendant" or "SIE") hereby stipulate as follows:

1. The Parties hereby agree to treat the Accused Game, *Spider-Man* (PS4), as representative of *Ratchet and Clank* (PS4) such that *Ratchet and Clank* (PS4) is the same Accused Instrumentality as *Spider-Man* (PS4) for the purposes of this litigation.

2. The Parties hereby agree that the evidence produced to support Plaintiffs contention of Patent Infringement and Defendant's contention of non-infringement for Accused Game*:* *Spider-Man* will be treated the same for the Accused Game: *Ratchet and Clank*.

3. In the event Plaintiffs prove that the accused *Spider-Man* game infringes either of both the asserted '822 or '488 Patents, SIE agrees to stipulate that *Ratchet and Clank* also infringes the asserted '822 and/or '488 Patents.

4. In the event Plaintiffs fail to prove that the accused *Spider-Man* game infringes either of both the asserted ’822 or ’488 Patents, Plaintiffs agrees to correspondingly stipulate that *Ratchet and Clank* also does not infringe the asserted ’822 and/or ’488 Patents.

5. SIE will treat the source code based, Amended Infringement Contentions for *Spider-Man,* served on February 18, 2020, as the Amended Infringement Contentions for *Ratchet and Clank*. [1]

6. The Parties hereby agree to only seek depositions and call witnesses at trial for *Spider-Man* and not *Ratchet and Clank*[2].

A proposed order setting forth the foregoing is attached.

[1] The Parties have agreed that, in view of this stipulation, Plaintiffs do not need to serve source code based Amended Infringement Contentions for *Ratchet and Clank* and *Ratchet and Clank* remains a properly Accused Game under the Discovery Order.

[2] The Parties are allowed to present evidence regarding the game engine or relevant documents involving lighting and shadows for either Spider-Man or Ratchet and Clank for the purposes of Expert Reports and Trial. However, only the source code for Spider-Man shall be used (and not also the source code for Ratchet and Clank) for the purposes of Expert Reports and Trial.

Dated: July 21, 2020

Respectfully submitted,

/s/ Michael C. Pomeroy
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Kenneth P. Kula
State Bar No. 24004749
Ken.Kula@BJCIPLaw.com
Theresa M. Dawson
State Bar No. 24065128
Theresa.Dawson@BJCIPLaw.com
Nicholas C. Kliewer
State Bar No., 24083315
Nick.Kliewer@BJCIPLaw.com
Michael C. Pomeroy
State Bar No. 24098952
Michael.Pomeroy@BJCIPLaw.com
Thomas J. Gohn
State Bar No. 24097742
TJ.Gohn@BJCIPLaw.com
**BUETHER JOE & COUNSELORS, LLC**
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 466-1279
Facsimile: (214) 635-1830

**ATTORNEYS FOR PLAINTIFFS
INFERNAL TECHNOLOGY, LLC AND
TERMINAL REALITY, INC.**

/s/ Jason R. Mudd
Melissa Richards Smith
Texas State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Jason R. Mudd
KS Bar No. 25749
Email: jason.mudd@eriseip.com
Eric A. Buresh
KS Bar No. 19895
Email: eric.buresh@eriseip.com
Mark C. Lang
KS Bar No. 26185
Email: mark.lang@eriseip.com
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Kelly Hughes
CO Bar No. 51177
Email: kelly.hughes@eriseip.com
Karyn Kesselring
CO Bar No. 52476
Email: karyn.kesselring@eriseip.com
**ERISE IP, P.A.**
5299 DTC Blvd., Suite 1340
Greenwood Village, Colorado 80111
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

***Counsel for Defendant
Sony Interactive Entertainment LLC***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on July 21, 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Michael C. Pomeroy*
Michael C. Pomeroy