## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC, TERMINAL REALITY, INC., § § § *Plaintiffs*, § § v. § SONY INTERACTIVE ENTERTAINMENT § LLC, § § *Defendant*. § | CIVIL ACTION NO. 2:19-CV-00248-JRG |

### ORDER

Before the Court is Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc.'s (collectively, "Plaintiffs") Unopposed Motion to Withdraw Motion to Strike Portions of Gary Kitchen's Expert Report Regarding Invalidity (the "Motion to Withdraw"). (Dkt. No. 219). In the Motion to Withdraw, Plaintiffs represent that the dispute underlying their Motion to Strike Portions of Gary Kitchen's Expert Report Regarding Invalidity (the "Motion to Strike") (Dkt. No. 215) has been resolved, and request to withdraw the Motion to Strike. Having considered the Motion to Withdraw, the Court is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the Motion to Strike is **WITHDRAWN**.

**So Ordered this**
**Oct 6, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE