IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC and TERMINAL REALITY, INC., | § § § § | |
| Plaintiffs, | § § | Civil Action No. 2:19-cv-248-JRG |
| v. | § § | Jury Trial Demanded |
| SONY INTERACTIVE ENTERTAINMENT, LLC, | § § § § | |
| Defendant. | § | |

**PLAINTIFFS' NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL TIME REPORTING OF COURT PROCEEDINGS**

Pursuant to the Court's October 13, 2020 Fifth Amended Docket Control Order (Dkt. 229), Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc. ("Plaintiffs") hereby notify the Court and all counsel that Plaintiffs request both Daily Transcripts and Real Time Reporting of the pre-trial conference, voir dire, jury selection, and trial.

A copy of this notice has been emailed to the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov.

Dated: November 4, 2020

Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By: */s/ Eric W. Buether*
    Eric W. Buether (Lead Counsel)
    State Bar No. 03316880
    Eric.Buether@BJCIPLaw.com
    Christopher M. Joe
    State Bar No. 00787770
    Chris.Joe@BJCIPLaw.com
    Kenneth P. Kula
    State Bar No. 24004749
    Ken.Kula@BJCIPLaw.com
    Theresa M. Dawson
    State Bar No. 24065128
    Theresa.Dawson@BJCIPLaw.com
    Nicholas C. Kliewer
    State Bar No. 24083315
    Nick.Kliewer@BJCIPLaw.com
    Michael C. Pomeroy
    State Bar No. 24098952
    Michael.Pomeroy@BJCIPLaw.com
    Thomas J. Gohn
    State Bar No. 24097742
    TJ.Gohn@BJCIPLaw.com

    1700 Pacific Avenue
    Suite 4750
    Dallas, Texas 75201
    Telephone:   (214) 466-1271
    Facsimile:    (214) 635-1827

**ATTORNEYS FOR PLAINTIFFS INFERNAL TECHNOLOGY, LLC AND TERMINAL REALITY, INC.**

**PLAINTIFFS' NOTICE OF REQUEST FOR DAILY TRANSCRIPTS
AND REAL TIME REPORTING OF COURT PROCEEDINGS**     **Page 2**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 4th day of November, 2020.

/s/ Eric W. Buether
Eric W. Buether