# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY LLC, and<br>TERMINAL REALITY, INC., | §<br>§<br>§ | |
| *Plaintiffs,* | §<br>§ | Civil Action No. 2:19-cv-248-JRG<br>LEAD CASE |
| v. | §<br>§ | JURY TRIAL DEMANDED |
| SONY INTERACTIVE ENTERTAINMENT<br>LLC, | §<br>§<br>§ | |
| *Defendant.* | | |

## SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION FOR PRETRIAL HEARING BY VIDEO CONFERENCE

A pretrial hearing is scheduled for this case on Monday, November 23 at 9:00 am in Marshall, Texas. On November 18, the Parties filed a Joint Notice regarding the Court's Standing Order relating to the Novel Coronavirus. Dkt. 255. That Notice informed the Court that certain members of Plaintiffs' team that will be attending the in-person pretrial conference have either been recently exposed to a person that has tested positive for COVID-19 or have returned from traveling abroad from a country that is classified as a Level 3 – High Risk by the CDC. In that Notice, Defendant requested that the Court hold the Pretrial Conference by video conference. Plaintiffs contended that the Pretrial Conference go forward in person, but "will accept whatever position the Court believes is in the best interest of the parties, the Court, and the administration of justice." *Id.* at 2.

On November 19, Defendant filed a Motion to Continue the Trial presently set for December 4, 2020. Dkt. 259.

In order to formalize Defendant's request to hold the pretrial conference made in the Parties Joint Notice (Dkt. 255), and for the reasons stated therein and in Defendant's Motion to Continue the Trial (Dkt. 259), Defendant respectfully moves the Court to hold the pretrial conference presently set for November 23 by video conference.

Defendant respectfully requests that the Court treat this in an expedited manner due to the timing and travel implication for the Parties.

Dated: November 20, 2020

Respectfully submitted,

*/s/ Eric A. Buresh*
Eric A. Buresh (KS Bar No. 19895)
Email: eric.buresh@eriseip.com
Jason R. Mudd (KS Bar No. 25749)
Mark C. Lang (KS Bar No. 26185)
Email: mark.lang@eriseip.com
Michelle L. Marriott (KS Bar No. 21784)
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Kelly Hughes (CO Bar No. 51177)
Email: kelly.hughes@eriseip.com
Karyn Kesselring (CO Bar No. 52476)
Email: karyn.kesselring@eriseip.com
**ERISE IP, P.A.**
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, Colorado 80111
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Melissa R. Smith (TX Bar No. 24001351)
Email: melissa@gillamsmithlaw.com
Harry L. Gillam, Jr. (TX Bar No. 07921800)
Email: gil@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendant*
*Sony Interactive Entertainment LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant conferred with counsel for Plaintiffs regarding the foregoing Motion to Hold the Pretrial Hearing by Video Conference on November 20, 2020. Plaintiffs' counsel stated that it is opposed to the relief requested in this motion.

/s/ *Harry L. Gillam Jr.*
Harry L. Gillam, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on November 20, 2020.

/s/ *Harry L. Gillam, Jr.*
Harry L. Gillam, Jr.