# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC, <br> TERMINAL REALITY, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT LLC, <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00248-JRG |

## ORDER

The Court issues this Order *sua sponte*. In view of the rapidly approaching March 1, 2021 trial date, it is hereby **ORDERED** that Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc. shall file a response to Defendant Sony Interactive Entertainment, LLC's Motion to Strike and/or Exclude Supplemental Opinions of Lance E. Gunderson Regarding Damages Relating to Method Claims (Dkt. No. 275) by or before **12:00 p.m. (central) on Monday, February 22, 2021**. No reply or sur-reply briefing shall be filed unless directed by the Court.

So ORDERED and SIGNED this 17th day of February, 2021.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE