IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC, <br> TERMINAL REALITY, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT LLC, <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> §    CIVIL ACTION NO.  2:19-CV-00248-JRG <br> § <br> § <br> § <br> § <br> § |

# **ORDER**

Before the Court is the Joint Stipulation and Certain Agreements of the Parties for Purposes of Trial (the "Stipulation").  (Dkt. No. 288).  In the same, the Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc. ("Plaintiffs") and Defendant Sony Interactive Entertainment LLC ("SIE") (together with Plaintiffs, the "Parties") stipulate as follows:

1. Neither party will present any argument, evidence, or reference to the prosecution history of any Asserted Patent, including related patents, including without limitation *inter partes* review proceedings without prior leave of the Court.

2. Neither party will present any argument, evidence, or reference to this proceeding having any impact on American jobs/employment or trade or trade wars or tariffs without prior leave of the Court.

3. Neither party will present any argument, evidence, or reference to the idea that, because the proceeding has reached trial, the Court sees merit in the case, or has blessed the case, or that there otherwise must be merit in the case without prior leave of the Court.

4. Neither party will solicit or present any argument, evidence, or reference to stealing or pilfering another's technology without prior leave of the Court.

5. Neither party will solicit or present any argument, evidence, or reference to the Court's prior and forthcoming rulings without prior leave of the Court except to instruct the jury on applicable claim constructions.

6. Neither party will solicit or present any argument, evidence, or reference to the absence of any witness in the court room without prior leave of the Court.

7. Neither party will solicit or present any argument, evidence, or reference to undisclosed doctrine of equivalent arguments without prior leave of the Court.

8. Neither party will solicit or present any argument, evidence, or reference to travel arrangements or accommodations of witnesses or attorneys without prior leave of the Court.

Having considered the above Stipulation, the Court is of the opinion that the same should be and hereby is **ACCEPTED** and **ENTERED HEREIN**.

**So ORDERED and SIGNED this 21st day of September, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE