# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INFERNAL TECHNOLOGY LLC, et al § § § | |
| v. § | CIVIL ACTION NO. 2:19-CV-00248-JRG |
| § § | |
| SONY INTERACTIVE ENTERTAINMENT LLC § | |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 4, 2021

**OPEN: 09:09 AM**                                             **ADJOURN: 05:49 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Jim Lomeo<br>Thomas Derbish<br>Cody Carter |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 09:09 AM | Court opened. Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:21 AM | Court asked for announcements from the parties. |
| 09:21 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:30 AM | Prospective Jurors began introduction of themselves. |
| 09:50 AM | Court provided additional instructions to Jury Pool. |
| 09:54 AM | *Voir dire* on behalf of Plaintiffs by Mr. Joe. |
| 10:21 AM | *Voir dire* on behalf of Defendant by Ms. Smith. |
| 10:50 AM | Court provided further instructions to Jury Pool. |
| 10:50 AM | Bench conference with counsel. |
| 10:52 AM | Bench conference completed. |
| 10:52 AM | Court instructions provided to Jury Pool. Court requested specific jurors to remain in courtroom while remainder of jurors recessed. |
| 10:53 AM | Remainder of jurors recessed. |

| | |
|---|---|
| 10:54 AM | Counsel approached bench. |
| 10:55 AM | Strike conference began with specifically named jurors. |
| 11:01 AM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 11:01 AM | Recess. |
| 11:37 AM | Court reconvened. |
| 11:37 AM | Instructions given by the Court.  Jurors selected.  Remainder of Jury Pool excused. |
| 11:43 AM | Jurors sworn.  Additional instructions given by the Court. |
| 12:00 PM | Jury recessed for lunch. |
| 12:02 PM | Court recessed for lunch. |
| 12:53 PM | Court reconvened. |
| 12:55 PM | Jury returned to courtroom. |
| 12:55 PM | Court gave preliminary instructions to the Jury.  Jurors were provided notebooks. |
| 01:35 PM | Bench conference |
| 01:37 PM | Bench conference concluded. |
| 01:37 PM | Plaintiffs' opening statement by Mr. Buether. |
| 02:07 PM | Defendant's opening statement by Mr. Buresh. |
| 02:38 PM | Opening statements concluded. |
| 02:38 PM | Jury recessed for break. |
| 02:39 PM | Defendants invoked the Rule to exclude expert witnesses. |
| 02:41 PM | Recess. |
| 02:59 PM | Court reconvened. |
| 03:00 PM | Jury returned to courtroom. |
| 03:00 PM | Witness sworn.  Direct examination of Mr. Chase Perry by Mr. Joe. |
| 03:22 PM | Cross examination of Mr. Chase Perry by Ms. Smith. |
| 03:36 PM | Redirect examination of Mr. Chase Perry by Mr. Joe. |
| 03:39 PM | Recross examination of Mr. Chase Perry by Ms. Smith |
| 03:40 PM | Witness excused. |
| 03:40 PM | Witness sworn. Direct examination of Mr. Mark Randel by Mr. Buether. |
| 04:33 PM | Bench conference. |
| 04:35 PM | Bench conference concluded. |
| 04:35 PM | Direct examination of Mr. Mark Randel by Mr. Buether, continued. |
| 04:43 PM | Bench conference |
| 04:43 PM | Bench conference concluded. |
| 04:43 PM | Direct examination of Mr. Mark Randel by Mr. Buether, continued. |
| 04:50 PM | Jury recessed for break. |
| 04:50 PM | Recess. |
| 05:09 PM | Court reconvened. |
| 05:10 PM | Jury returned to courtroom. |
| 05:11 PM | Cross examination of Mr. Mark Randel by Ms. Marriott. |
| 05:30 PM | Bench conference. |
| 05:31 PM | Bench conference concluded. |
| 05:31 PM | Cross examination of Mr. Mark Randel by Ms. Marriott, continued. |
| 05:41 PM | Redirect examination of Mr. Mark Randel by Mr. Buether. |
| 05:44 PM | Recross examination of Mr. Mark Randel by Ms. Marriott. |
| 05:45 PM | Witness excused. |

| | |
|---|---|
| 05:45 PM | Bench conference. |
| 05:46 PM | Bench conference concluded. |
| 05:46 PM | Court provided further instructions to Jury. |
| 05:47 PM | Jury excused for the day until 8:30 AM tomorrow. |
| 05:47 PM | Court reminded parties to continue with their meet and confer efforts re: disputes and to advise Court staff re: same.  If the parties have unresolved issues, the Court will be available in chambers at 7:30 AM tomorrow morning to meet with counsel to address same. |
| 05:49 PM | Court adjourned. |