

**2:19-cv-00248-JRG**
**Infernal Technology, LLC v Sony Interactive Entertainment America, LLC**
**October 4, 2021 at 9:00 AM**
**Trial (with Jury Selection) -- Day 1**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Melissa Smith | Sony |
| Eric Buresh | ↓ |
| Michelle Marriott | ↓ |
| Mark Lang | ↓ |
| Al Hastings | Sony |
| KEN KULA | TRI / Infernal |
| ERIC BUETHER | |
| CHRIS JOE | |
| MARK RANDEL | |
| CHASE PERRY | |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |