IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC, <br> TERMINAL REALITY, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT LLC, <br><br> *Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00248-JRG |

# **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiffs**" collectively refers to Infernal Technology, LLC and Terminal Reality, Inc.
- "**Defendant**" or "**SIE**" refers to Sony Interactive Entertainment, LLC.
- The "**'822 Patent**" refers to U.S. Patent No. 6,362,822.
- The "**'488 Patent**" refers to U.S. Patent No. 7,061,488.
- The "**Patents-in-Suit**" collectively refers to the '822 Patent and the '488 Patent.
- The "**Asserted Claims**" collectively refers to Claim 1 of the '822 Patent and Claims 1, 27, and 50 of the '488 Patent.
- The "***Spider-Man* Accused Products**" collectively refers to the video games titled *Spider-Man, Uncharted 4: A Thief's End, Uncharted: The Lost Legacy, Uncharted 3: Drake's Deception, Uncharted: Nathan Drake Collection, The Last of Us, The Last of Us Remastered, Ratchet & Clank, Infamous First Light, Infamous Second Son, Driveclub,* and *Planetside 2*
- The "***God of War* Accused Products**" collectively refers to the video games titled *God of War, Horizon: Zero Dawn, Killzone: Shadow Fall, Knack,* and *Knack II.*

# IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

# READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Do you find that Plaintiffs have proven, by a preponderance of the evidence, that SIE, the Defendant, has infringed any of the following Asserted Claims of the Patents-in-Suit as indicated below?

Please answer "Yes" or "No" for each accused product as to each asserted claim.

**'822 Patent, Claim 1**
    *Spider-Man* Accused Products:    Yes: _____    No: ✓

    *God of War* Accused Products:    Yes: _____    No: ✓

**'488 Patent, Claim 1**
    *Spider-Man* Accused Products:    Yes: _____    No: ✓

    *God of War* Accused Products:    Yes: _____    No: ✓

**'488 Patent, Claim 27**
    *Spider-Man* Accused Products:    Yes: _____    No: ✓

    *God of War* Accused Products:    Yes: _____    No: ✓

**'488 Patent, Claim 50**
    PlayStation 3 (any model):    Yes: _____    No: ✓

    PlayStation 4 (any model):    Yes: _____    No: ✓

## QUESTION NO. 2

Did Defendant SIE prove by clear and convincing evidence that the Asserted Claims involve only technologies and activities that were well-understood, routine, and conventional, from the perspective of a person of ordinary skill in the art, as of March 12, 1999?

For each claim below, please answer "Yes" or "No".

Claim 1 of the '822 Patent:    Yes: ✓    No: ____

Claim 1 of the '488 Patent:    Yes: ✓    No: ____

Claim 27 of the '488 Patent:   Yes: ✓    No: ____

Claim 50 of the '488 Patent:   Yes: ✓    No: ____

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this  *7*  day of October 2021.

_____
Jury Foreperson