IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC, TERMINAL REALITY, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>SONY INTERACTIVE ENTERTAINMENT LLC, <br><br>*Defendant*. | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:19-CV-00248-JRG |

## FINAL JUDGMENT

A jury trial commenced in the above-captioned case on October 4, 2021, and on October 7, 2021, the jury reached and returned its unanimous verdict finding that Defendant Sony Interactive Entertainment LLC ("Defendant") did not infringe Claim 1 of U.S. Patent No. 6,362,822 (the "'822 Patent") and Claims 1, 27, and 50 of U.S. Patent No. 7,061,488 (the "'488 Patent") (collectively, the "Asserted Claims"); and that the Asserted Claims "involve only technologies and activities that were well-understood, routine, and conventional, from the perspective of a person of ordinary skill in the art, as of March 12, 1999." (Dkt. No. 341). In light of the jury's finding on *Alice* step two, the Court conducted post-trial briefing under *Alice* step one and found that the Asserted Claims were not directed to patent ineligible subject matter. (Dkt. No. 356).

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendant did not infringe any of the Asserted Claims

2. The Asserted Claims are not directed to patent ineligible subject matter.

3. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendant is the prevailing party in this case and shall recover their costs from Plaintiffs Infernal Technology, LLC and Terminal Reality, Inc.; and

4. All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

All other requests for relief regarding the above-captioned case, including but not limited to motions pursuant to 35 U.S.C. § 285, shall be filed within 35 days of this Judgment.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 7th day of December, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE