# United States Court of Appeals for the Federal Circuit

---

**INFERNAL TECHNOLOGY, LLC, TERMINAL REALITY, INC.,**
*Plaintiffs-Appellants*

v.

**SONY INTERACTIVE ENTERTAINMENT LLC,**
*Defendant-Cross-Appellant*

---

2022-1647, 2022-1739

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:19-cv-00248-JRG, Chief Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 2, 2024
Date

Jarrett B. Perlow
Clerk of Court